# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT SCOTT BRIXNER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-111

[May 13, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Mark T. Eissey, Judge; L.T. Case Nos. 502019MM008818A and 502020AP000025A.

Carey Haughwout, Public Defender, and Timothy Wang, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***